Durallium Products Corporation, an Illinois Corporation, Appellee, v. Lordell Corporation, an Illinois Corporation, Appellant.

Gen. No. 47,473.

First District, First Division.
December 8, 1958.
Released for publication January 23, 1959.

Leonard M. Cohen and Melvin Cohen, for appellant; Max J. Satin, for appellee. Opinion by JUSTICE SCHWARTZ. Not to be published in full.